UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHILDREN'S LEUKEMIA
FOUNDATION OF MICHIGAN
a Michigan nonprofit corporation,

Plaintiff/Counterclaim Defendant,

Case No. 2:15-cv-14035-SJM-MKM
Hon. Stephen J. Murphy, III

v.

CHILDHOOD LEUKEMIA
FOUNDATION INC.
a New Jersey nonprofit corporation,

Defendant/Counterclaim Plaintiff.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

This matter having come to be heard by the stipulation of the parties, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that all claims brought in the above-captioned matter are dismissed in their entirety with prejudice and without fees or costs to either party.

This Order resolves the last pending claim and closes the case.

SO ORDERED.

S/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated:  March 22, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2016, by electronic and/or ordinary mail.

                        S/Carol Cohron
                        Case Manager

**APPROVED AS TO FORM AND SUBSTANCE**:

| /s/ Jennifer A. Dukarski | /s/ Judy B. Calton |
|---|---|
| Claudia Rast (P40165) | John J. Rolecki (P78460) |
| Jennifer A. Dukarski (P74257) | Judy B. Calton (P38733) |
| Attorneys for Children's Leukemia Foundation of Michigan | Attorneys for Childhood Leukemia Foundation Inc. |
| 301 East Liberty, Suite 500 | 660 Woodward Avenue |
| Ann Arbor, Michigan 48104 | Suite 2290 |
| (734) 995-3110 | Detroit, MI 48226 |
| rast@butzel.com | (313) 465-7558 |
| dukarski@butzel.com | (313) 465-7334 |
| | jrolecki@honigman.com |
| | jcalton@honigman.com |

Dated:  March 11, 2016